UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLTON LAMONT BROWN,

      Plaintiff,

                                      Case Number: 2:10-CV-12649
v.                                    Honorable Patrick J. Duggan

MICHIGAN DEPARTMENT OF
CORRECTIONS, PATRICIA CARUSO,
and MACOMB COUNTY CIRCUIT
COURT,

      Defendants.
_____/

## JUDGMENT

On July 2, 2010, Plaintiff Carlton Lamont Brown filed a *pro se* civil rights complaint against Defendants: the Michigan Department of Corrections ("MDOC"), MDOC Director Patricia Caruso, and the Macomb County Circuit Court. Plaintiff is a MDOC inmate, currently incarcerated pursuant to convictions rendered in Macomb County Circuit Court in 2001. In an Opinion and Order issued on this date, the Court summarily dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and 42 U.S.C. § 1997e(C).

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **SUMMARILY DISMISSED IN PART WITH PREJUDICE** and, with respect to his

*Heck* related claims, **SUMMARILY DISMISSED IN PART WITHOUT PREJUDICE**.

DATE: December 6, 2010          s/PATRICK J. DUGGAN
                                           UNITED STATES DISTRICT JUDGE

Copy to:
Carlton Lamont Brown, #362723
3001 Newberry Avenue
Newberry, MI 49868